FILE COPY



# TWELFTH COURT OF APPEALS

CHIEF JUSTICE
JAMES T. WORTHEN

JUSTICES
BRIAN HOYLE
GREG NEELEY

CLERK
PAM ESTES

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

October 29, 2015

Mr. Clifford W. Thomas
101 South Main Street
Quitman, TX 75783
\* DELIVERED VIA E-MAIL \*

Ms. Jessica Layne Edwards
P. O. Box 1097
Greenville, TX 75403-1097
\* DELIVERED VIA E-MAIL \*

Ms. Sarah E. Doke
P. O. Box 492
Winnsboro, TX 75494-0492
\* DELIVERED VIA E-MAIL \*

Mr. Philip D. Alexander
Curtis, Alexander, McCampbell & Morris, PC
P. O. Box 38
Emory, TX 75440-0038
\* DELIVERED VIA E-MAIL \*

**RE:**   Case Number:          12-15-00270-CV
          Trial Court Case Number:   9753

**Style:**   In the Interest of A.H., K.C. and A.R., children

The notice of appeal in the above styled and numbered cause was filed this date. Due to the accelerated nature of this cause the following deadlines will apply. See Texas Rule of Judicial Administration 6.2(a); TEX. R. APP. P. 2.

This Court will not grant an extension of time absent **extraordinary** circumstances.

The record is due on or before **November 6, 2015.**

The Appellant's brief is due on or before **November 30, 2015**.

The Appellee's brief is due on or before **December 21, 2015**.

Pursuant to TEX. R. APP. P. 39.8, you are hereby notified that, unless the Court grants oral argument, the above styled and numbered cause will be under submission without oral argument twenty-one (21) days from the brief due date of appellee. The case will be submitted to the Court on **January 11, 2016**.

Very truly yours,

PAM ESTES, CLERK

By: _Katrina McClenny_

Katrina McClenny, Chief Deputy Clerk

CC:     Becky Wheeler (DELIVERED VIA E-MAIL)
        Ms. Deborah Traylor (DELIVERED VIA E-MAIL)